STEVEN M. COLOGNE, ESQ. (Bar No. 118534)
ROGER W.R. CLAYTON, ESQ. (Bar No. 298819)
claytonr@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
TEL: 619.236.1551
FAX: 619.696.1410
Attorneys for Plaintiff, CROSSFIT, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROSSFIT, INC., a Delaware corporation,<br><br>Plaintiff(s)<br><br>v.<br><br>COAST FITNESS LLC, a California Limited Liability Company, and DOES 1-10, inclusive,<br><br>Defendants) | CASE NUMBER:<br>14-CV-3332-FMO(RZx)<br><br>**AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION** |

(check one) ☒ STATE OF CALIFORNIA, COUNTY OF LOS ANGELES
☐ STATE OF _____, COUNTY OF _____

I, ROGER W.R. CLAYTON, ESQ. hereby state under penalty of perjury that,

1. Judgment for $ 9,475.00 was entered on March 31, 2017 on the docket of the above-entitled action in the U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA in favor of CROSSFIT, INC. as Judgment Creditor, and against COAST FITNESS, LLC as Judgment Debtor

*(If a Registered Judgment from another Court or District, include the following information)*

Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Civil Case No. _____ in the United States District Court for the _____ District of _____ and which has become FINAL.

**NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.**

2. I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of Judgment **in the** CENTRAL **District of** CALIFORNIA are the following sums:

   $ 15.58 accrued interest, computed at 1.00 % *(see note)*
   $ 0.00 accrued costs

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the Judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at SAN DIEGO State of CALIFORNIA, this 30th day of May 2017

_____
Signature
ROGER W.R. CLAYTON, ESQ.

**AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION**

CV-24 (6/01)

American LegalNet, Inc.
www.FormsWorkflow.com